JMR/2015R00798

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 16-190 (JBS) |
| v. | : | |
| ZACKARY MCFERREN | : | 18 U.S.C. §§ 2252A, 1470 and 2 |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for District of New Jersey charges:

### Count 1
### [18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography]

From in or about March 2015 to in or about May 2015, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

ZACKARY MCFERREN

did knowingly possess material that contained more than ten images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B), and Title 18, United States Code, Section 2.

1

## COUNT 2
## [18 U.S.C. § 1470 – Transferring Obscene Material to a Minor]

In or about September 2015, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

ZACKARY MCFERREN

did use the Internet, a facility and means of interstate commerce, to knowingly transfer and attempt to transfer obscene matter to another individual (Victim #3) who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16.

In violation of Title 18, United States Code, Section 1470, and Title 18, United States Code, Section 2.

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 16-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ZACKARY MCFERREN

INFORMATION FOR
18 U.S.C. § 2252A
18 U.S.C. § 1470
18 U.S.C. § 2

PAUL J. FISHMAN
U.S. ATTORNEY, NEWARK, NEW JERSEY

JASON M. RICHARDSON
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5026

USA-48AD8
(Ed. 1/97)

3