UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

April 14, 2016
DATE OF PROCEEDING

CHIEF JUDGE JEROME B. SIMANDLE

COURT REPORTER: Lisa Marcus

Docket # CR 16-190(JBS)

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
ZACKARY MCFERREN
    DEFT. PRESENT

APPEARANCE:
Jason Richardson, AUSA for Govt.
Edward Crisonino, Esq. for Deft.

NATURE OF PROCEEDINGS:   WAIVER OF INDICTMENT & PLEA
Ordered defendant affirmed; defendant affirmed.
Waiver of indictment filed.
INFORMATION filed.
PLEA: GUILTY TO A TWO COUNT INFORMATION.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea Agreement and Rule 11 document to be entered.
Ordered sentencing set for **July 21, 2016 at 11:00 am**
Ordered bail set $100,000.00 unsecured with special conditions

Time commenced: 11:20 am   Time Adjourned: 12:15 pm   Total Time: 55 Minutes

s/ *Marnie Maccariella*
DEPUTY CLERK

cc: Chambers