PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Zackary McFerren**                                          Docket No. 16-cr-190

### Petition for Action on Conditions of Pretrial Release

COMES NOW EDNA GALARZA PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Zackary McFerren**, who was placed under pretrial release supervision by the **CHIEF UNITED STATES DISTRICT JUDGE JEROME B. SIMANDLE** sitting in the Court at **Camden, New Jersey**, on **April 14, 2016**, under the following conditions:

1. Pretrial Services Supervision and report any contact with law enforcement personnel.
2. The defendant's travel is restricted to New Jersey, unless otherwise approved by Pretrial Services.
3. Surrender all passports and travel documents to Pretrial Services.
4. Do not apply for new travel documents.
5. No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
6. Mental health treatment as directed by Pretrial Services.
7. Substance abuse testing/treatment as deemed necessary by Pretrial Services
8. The defendant is prohibited from possession and/or use of computers or connected devices at any location unless approved by Pretrial Services.
9. Any approved device is subject to the installation of computer monitoring software and/or search by Pretrial Services to assure compliance.
10. The defendant hereby consents to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi connections.
11. The defendant may not view, access or possess any pornography, and Pretrial Services shall have access to any cell phone or other electronic device to assure compliance.

Sentencing is scheduled for September 7, 2016.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER the defendant's mother, Tonilynne Peditto, and his maternal grandmother, Sandi Tallon, be appointed third party custodians who agree to (a) supervise the defendant in accordance with all the conditions of release, (b) use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) notify the court immediately in the event the defendant violates any conditions of release or absconds.

In addition, by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party, and subject to inspection for compliance by Pretrial Services.

ORDER OF COURT

Considered and ordered this __29th__ day of __August__, __2016__ and ordered filed and made a part of the records in the above case.

_____
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/26/16__

_____
EDNA GALARZA
U.S. Pretrial Services Officer