*Law Offices of*
# EDWARD J. CRISONINO
*Attorney at Law*
210 Haddon Avenue
Westmont, New Jersey 08108
*Email: Edward.crisonino@verizon.net*

---

MEMBER OF THE NJ & VA BARS                                           (856) 869-2770
                                                                    Fax (856) 869-9881

September 19, 2016

**Honorable Jerome B. Simandle, U.S.D.J.**
Mitchell H. Cohen U.S. Courthouse
Room 6010
1 John F. Gerry Plaza
P.O. Box 888
Camden, NJ 08101-0888

      Re:    **United States v. Zachary McFerren**
               **Criminal No.: 16-190**

Dear Judge Simandle:

      Please be advised that I represent the defendant, Zachary McFerren, in the above-referenced matter. Mr. McFerren is scheduled for sentencing this Wednesday, September 21, 2016 at 1:30 p.m. Please accept this request for a postponement because I have not received the report from the evaluation that Dr. Amber Samaroo, Ph.D. conducted on Mr. McFerren. I have requested the consent of my adversary.

      Thank you in advance for your consideration in this matter. Should you have any questions, please do not hesitate to contact my office.

      I remain,

                                     Respectfully yours,

                                     */s/ Edward J. Crisonino*
                                   Edward J. Crisonino, Esquire

EJC/lsp
cc:    Jason Richardson, A.U.S.A.
        Marnie Maccariella, Deputy Clerk
        Jill Cohen, Esquire
        Client
        File