UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          October 17, 2016

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                                          Docket # Cr. 16-190 (JBS)
UNITED STATES
    VS
ZACKERY MCFERREN
        (Deft. Present)

Appearances:
Jason Richardson, AUSA for govt.
Edward Crisonino, Esq. for deft.

Nature of Proceedings:     SENTENCE ON TWO COUNT INFORMATION

IMPRISONMENT: 33 Months on Counts 1 & 2 to run concurrently
SUPERVISED RELEASE: 5 years on Count 1 & 2 to run concurrently with special condition
SPECIAL ASSESSMENT: $200.00 on Counts 1 & 2
FINE: $2000.00
Ordered deft self surrender at a date and time to be determined by the BOP.


Time Commenced 2:15 pm Time Adjourned 3:00 pm Total Time: 45 Minutes


                                              s/ Marnie Maccariella
                                              **DEPUTY CLERK**