*Law Offices of*
## EDWARD J. CRISONINO
*Attorney at Law*
210 Haddon Avenue
Westmont, New Jersey 08108
*Email: Edward.crisonino@verizon.net*

MEMBER OF THE NJ & VA BARS

(856) 869-2770
Fax (856) 869-9881

November 14, 2016

*Via ECF*
**Honorable Jerome B. Simandle, U.S.D.J.**
Mitchell H. Cohen U.S. Courthouse
Room 6010
1 John F. Gerry Plaza
P.O. Box 888
Camden, NJ 08101-0888

      Re:    **United States v. Zachary McFerren**
               **Criminal No.: 16-190**

Dear Judge Simandle:

      As you know I represent the defendant, Zachary McFerren who was sentenced by Your Honor on October 17, 2016 to serve thirty-three (33) months in prison. Mr. McFerren was designated to report to the Federal Prison at Marion on November 21. Mr. McFerren has been informed by Pretrial Services that there is a seminar scheduled for December 7, 2016 in Newark for new inmates scheduled to surrender to begin a sentence.

      My client is extremely nervous and scared concerning his upcoming prison sentence. He would like to attend this seminar. I therefore request the Court enter an Order postponing his reporting date.

      I remain,

                                Respectfully yours,

                                Edward J. Crisonino, Esquire

EJC/lsp
cc:    Jason Richardson, A.U.S.A.
       Marnie Maccariella, Deputy Clerk
       Jill Cohen, Esquire
       Client
       File