UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jerome B. Simandle |
| v. | : | Case No.: 1:16-cr-00190-JBS |
| ZACKARY MCFERREN | : | |
| Defendant. | | |

THIS MATTER, having come before the Court by request of the defendant, Zachary McFerren, seeking an ORDER to move the defendant's report date, and the Court having reviewed the paper submitted and good cause appearing to so do;

IT IS on this 17th day of Nov._____, 2016, hereby ORDERED that defendant's report date be moved to December 12, 2016 by noon, and as a condition to having the report date moved, the defendant must attend the seminar scheduled for December 7, 2016.

_____
HON. JEROME A. SIMANDLE
Chief U.S. District Judge