# UNITED STATE DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 16-00190-001 |
| V. | |
| ZACKARY MCFERREN | |

### ORDER UNSEALING THE PETITION
### FOR WARRANT DATED AUGUST 5, 2019

This matter having come before the Court on application of the United States Probation Office for an Order unsealing the Petition for Warrant for violation of the Conditions of Probation/Supervised Release; and

It Appearing that Warrant for Arrest has been returned executed; and

It is on this ___6th___ Day of ___AUGUST___, ___2019___, hereby,

ORDERED that Clerk is directed to **UNSEAL** the Petition for Warrant which was previously filed under seal.

_____
The Honorable Ann M. Donio
United States Magistrate Judge