# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** ECR                                         August 6, 2019

**Title of Case:**

Case No. 16cr190 (NLH)

UNITED STATES OF AMERICA

V.

ZACHARY MCFERREN

**DEFENDANT PRESENT**

**Appearances:**
Gabriel Vidoni, AUSA for Government
Lisa Evans-Lewis, AFPD for defendant
Christine Rennie, U.S. Probation

**Nature of Proceedings:** Initial Appearance – Violation of Supervised Release
Defendant advised of rights, charges and penalties
Hearing on application by defendant for appointment of counsel
Financial Affidavit executed and filed
Ordered application granted
Ordered Lisa Evans-Lewis, AFPD appointed for defendant
Order to be entered.
Defendant waives formal reading of the petition
Hearing on application by Government for detention
Hearing on application by defendant for release on bail
Ordered defendant's application denied
Ordered Government's application granted
Order of Detention to be entered.
Preliminary Hearing set for August 15, 2019 at 1:30 pm
Ordered Violation Hearing set for September 5, 2019 at 1:30 pm before Judge Hillman
Ordered defendant remanded to the custody of the U.S. Marshal.

s/Susan Bush
Deputy Clerk

Time Commenced: 1:49 pm   Time Adjourned: 2:06 pm  Total Time in Court:  17 mins.