AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      NEW JERSEY

UNITED STATES OF AMERICA

V.

ZACKARY McFERREN

**WARRANT FOR ARREST**

Case Number: CR 16-00190-001 (NLH)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ZACKARY McFERREN**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    x Violation Notice      Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release
in violation of Title _____ 18 _____ United States Code, Section(s) _____ 3606

HON. NOEL H. HILLMAN, U.S.D.J.
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

8/5/2019      Camden, New Jersey
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   at

204 Colin Ave, Hammonton, NJ.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | A. Kowalewski, DUSM | A. K-[sig] |
| DATE OF ARREST 8/6/19 | | |