""" INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY """

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 14, 2019 at 4:43:20 PM EDT | 6096412266 | 35 | 1 | Received |

Aug. 14. 2019 4:52PM    JOHN J. ZARYCH                         No. 6744   P. 1/1

# LAW OFFICES OF JOHN J. ZARYCH

1555 Zion Road, Suite 201
Northfield, New Jersey 08225

~

**John J. Zarych**
Member NJ and MD Bars
NJSBN: 021911981

Telephone (609) 641-2266
Facsimile (609) 641-3677

**Wildwood Office**
By Appointment Only

**Stefanie Zarych**
Member NJ Bar
NJSBN: 039282004

~

www.johnzarych.com
office@zarychlaw.com

3309 New Jersey Ave.
Wildwood, NJ 08260
(609) 522-3778

**Brenden T. Shur**
Member NJ Bar
NJSBN: 040962008

August 14, 2019

**VIA FACSIMILE: (856) 757-5296**

Hon. Ann Marie Donio, Magistrate Judge
United States District Court
4th & Cooper Street
Camden, New Jersey 08101

Re:  **U.S. vs. Zackary McFerren**
     **Docket Number: 16-00190-001**
     **Violation of Supervised Release**

Dear Judge Donio,

Please be advised that I have been retained to represent Zackary McFerren regarding the above-referenced matter.

I am respectfully request that the hearing scheduled for August 15, 2019 be waived.

Respectfully,

John J. Zarych

c:  Jason Richardson, AUSA (via facsimile: 856-968-4917)