## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE NOEL L. HILLMAN** | January 16, 2020 |
| **COURT REPORTER:** Robert T. Tate | |
| | **Docket #CR. 20-       (NLH)&** |
| | **CR.16-00190 (NLH)** |

**TITLE OF CASE**:
UNITED STATES OF AMERICA
           vs.
ZACHARY MCFERREN
           **DEFENDANT PRESENT**

**APPEARANCE:**
Jason M. Richardson, AUSA for Government
John J. Zarych, Esq. for Defendant.
Christine Rennie and Kelly Anderson, Senior U.S. Probation Officer


**NATURE OF PROCEEDINGS: INITIAL APPEARANCE/ PLEA TO SECOND AMENDED VIOLATION SUPERVISED RELEASE PETITION**

Initial appearance on Second Amended Violation Supervised Release Petition.
Ordered defendant sworn; Defendant sworn.
Defendant advised of charges and penalties.
PLEA: Guilty to Violations 1 and 3.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for Thursday, April 23, 2020 at 10:30 a.m. in Courtroom 3A.
Ordered defendant remanded to the custody of the U.S. Marshal.


Time commenced: 2:45 p.m.
Time Adjourned: 3:20 p.m.
Total Time: 35 min.

                                                              s/ GN
                                                              DEPUTY CLERK