## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE NOEL L. HILLMAN** | April 16, 2021 |
| **COURT REPORTER: Robert T. Tate** | |
| | **Docket #CR.16-00190 (NLH)** |

**TITLE OF CASE**:
UNITED STATES OF AMERICA
      vs.
ZACHARY MCFERREN
        **DEFENDANT PRESENT**

**APPEARANCES:**
Jason M. Richardson, AUSA for Government
Brenden Shur, Esq. for Defendant.
Shavaughn Chapman and Daniel Carney, U.S. Probation Officers.

**NATURE OF PROCEEDINGS: SENTENCE ON TO VIOLATIONS 1 AND 3 OF SECOND AMENDED VIOLATION SUPERVISED RELEASE PETITION**

Hearing on [25] Second Amended Violation Supervised Release Petition.
Ordered previous term of supervised release is revoked;
SENTENCE: imprisonment 24 months on Violations 1, 3 and consecutively to the 33 month sentence imposed in Crim. No.: 20-53, as well as to run consecutive to any previous state or federal sentence.
SUPERVISED RELEASE: 10 years w/ special conditions.
RECOMMENDATION: that the Bureau of Prisons designate the defendant to a facility near defendant's home address offers a sex offense specific treatment program.
Government's moved to dismiss Violation No. 2 and 4 of the Second Amended Petition and Violation 2 of the Amended Petition and Original Petition have been Dismissed; Ordered Violations Dismissed.
Defendant and Counsel advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal.
Order to be entered.

Time commenced: 10:00 a.m.
Time Adjourned:10:30 am
Total Time: 30 min.

                                          s/ GN
                                          DEPUTY CLERK