JMR/2015R00798
JMR/2019R00881

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman |
| v. | : | Crim. No. 16-190 (NLH) |
| | | 20-53 (NLH) |
| ZACKARY MCFERREN | : | |

ORDER

This matter having come before the Court on the application of the United States of America (Jason M. Richardson, Assistant U.S. Attorney, appearing) for an order allowing the Government to disclose to the Camden County Prosecutor's Office the Presentence Reports which were prepared in connection with <u>United States v. Zackary McFerren</u>, Crim. No. 16-190 (JBR) and <u>United States v. Zackary McFerren</u>, Crim. No. 20-53 (NLH) for use in the Sex Offender Tiering classification process; and for good cause shown,

IT IS ON this 13th day of ~~January~~ February 2024,

ORDERED that the Government may disclosure to the Camden County Prosecutor's Office the Presentence Investigation Reports prepared in connection with <u>United States v. Zackary McFerren</u>, Crim. No. 16-190 (JBR) and <u>United States v. Zackary McFerren</u>, Crim. No. 20-53 (NLH) for use in the Sex Offender Tiering classification process.

IT IS FURTHER ORDERED that Camden County Prosecutor's Office **may only further disclose** the Presentence Reports to a Court, the defendant and

defense counsel, if the defendant challenges the Camden County Prosecutor's Office's determination of the defendant's tier classification.

_____
HON. NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE

At Camden, New Jersey