PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Zackary McFerren  Cr.: 16-00190-001
PACTS #: 2223033

**Name of Sentencing Judicial Officer:**   THE HONORABLE JEROME B. SIMANDLE
SENIOR UNITED STATES DISTRICT JUDGE

**Name of Judicial Officer:**   THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE
(Reassigned on August 5, 2019)

**Original Offense:**   16-00190-001:
Count One: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); a Class C felony
Count Two: Transferring Obscene Material to a Minor; 18 U.S.C. § 1470; a Class C felony

20-00053-001:
Count One: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony
Count Two: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony

**Date of Original Sentence:** 16-00190-001: 10/17/2016; 20-00053-001: 04/23/2021

**Original Sentence:** 16-00190-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 5 years supervised release (on Counts One and Two, to run concurrently);20-00053-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 3 years supervised release (on Counts One and Two, to run concurrently)

**Violation of Supervised Release:** 16-00190-001: Heard on 04/23/2021, resentenced to 24 months imprisonment (on each count to run concurrently with each other and consecutively to the 33-month sentence imposed on Crim. No.: 20-53), 10 years supervised release (10 years on Count One and 3 years on Count two, to run concurrently)

**Special Conditions:** Special Assessment, Alcohol/Drug Testing and Treatment, Denial of Computer, Computer Monitoring, Financial Disclosure, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Polygraph Examination, Consent to Search, Life Skills/Education, Sex Offender Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 08/24/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

Prob 12A – page 2
Zackary McFerren

| | |
|---|---|
| 1 | Mr. McFerren violated the special condition of supervised release which states **'You must submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You must allow manual searches of these devices and the installation on your computer of any hardware or software systems which monitor computer use. You must pay the cost of the computer monitoring program. You may use a computer in connection with employment if approved by the U.S. Probation Office, provided you notify your employer of the nature of your conviction and any computer related restrictions that are imposed on you. The U.S. Probation Office will confirm your compliance with this notification requirement.'** |
| | On October 5, 2024, the undersigned conducted an unannounced home visit. During the inspection, an unreported and unmonitored personal computer was seen in plain sight in Mr. McFerren's bedroom. |
| | Mr. McFerren confirmed knowledge and understanding of the computer monitoring condition and that he was aware that he was required to notify the Probation Office of any computer under his control. He stated that he did not believe these conditions applied in this instance, since the computer was not connected to the internet. He claimed that the computer was used for video-gaming purposes only. |
| | Mr. McFerren provided a receipt for the computer which displayed a purchase date of September 13, 2024. |
| | As a result of the computer being unreported and unmonitored, the undersigned took possession of the device for further forensic investigation. |

U.S. Probation Officer Action:
After the computer was taken into the possession of the Probation Office, Mr. McFerren was made aware that the Court would be notified, and a forensic inspection would be completed. Mr. McFerren denied using the computer for anything other video-gaming – more specifically, he denied using the computer to view child sex abuse material or to communicate with minors.

On October 9, 2024, Mr. McFerren underwent a forensic polygraph examination in which he was questioned about the use of this device and if he viewed any child pornography or communicated with any minors. He denied all malfeasance and the polygrapher determined that he was being truthful in his denials.

On October 31, 2024, the Probation Office conducted a forensic examination of the computer. The examiner determined that no legal or child pornography was discovered, no evidence of any applications used to access the dark web were discovered, and no evidence of any communications were discovered. It was the determination of the examiner that there were no indications that the computer was used for anything other than video-gaming purposes.

The Probation Office seeks to notify the Court of Mr. McFerren's non-compliance and respectfully requests no other formal action to be taken at this time. Mr. McFerren has agreed to allow the Probation Office to release the computer to his father. The undersigned also discussed the event with Mr. McFerren's sex offense specific treatment provider and the behaviors that led to the non-compliance would continue to be addressed clinically.

Prob 12A – page 3
Zackary McFerren

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   11/8/24
ANTHONY M. STEVENS                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/12/24
Date