PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Zackary McFerren      Cr.: 16-00190-001
                                                                                                                  PACTS #: 2223033

**Name of Judicial Officer:**    THE HONORABLE JEROME B. SIMANDLE
                                        SENIOR UNITED STATES DISTRICT JUDGE
                                        (Reassigned to the Hon. Christine P. O'Hearn on November 8, 2024)

**Original Offense:**   16-00190-001:
                        Count One: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); a Class C felony
                        Count Two: Transferring Obscene Material to a Minor; 18 U.S.C. § 1470; a Class C felony

                        20-00053-001:
                        Count One: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony
                        Count Two: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony

**Date of Original Sentence:** 16-00190-001: 10/17/2016; 20-00053-001: 04/23/2021

**Original Sentence:** 16-00190-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 5 years supervised release (on Counts One and Two, to run concurrently); 20-00053-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 3 years supervised release (on Counts One and Two, to run concurrently)

**Violation of Supervised Release:** 16-00190-001: Heard on 04/23/2021, resentenced to 24 months imprisonment (on each count to run concurrently with each other and consecutively to the 33 month sentence imposed on Crim. No.: 20-53), 10 years supervised release (10 years on Count One and 3 years on Count two, to run concurrently)

**Special Conditions:** Special Assessment, Alcohol/Drug Testing and Treatment, Denial of Computer, Computer Monitoring, Financial Disclosure, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Polygraph Examination, Consent to Search, Life Skills/Education, Sex Offender Treatment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/24/2023

## NONCOMPLIANCE SUMMARY

On January 2, 2025, the undersigned completed an unannounced visit at Mr. McFerren's home. At the visit, a non-forensic cell phone search was conducted on the cellular device that is owned and solely operated by Mr. McFerren.

During the search, the undersigned uncovered 7 separate text message threads with phone numbers that were not identified in his contact list. Within the text message threads, Mr. McFerren posed as a prepubescent minor female. Mr. McFerren would then ask the recipient of if they "liked young girls". In

several of the threads, Mr. McFerren sent a photograph of what appeared to be a prepubescent minor female with a bare midriff.

When confronted, Mr. McFerren did admit that he sent the text messages and that he was "role playing". Mr. McFerren also divulged that the recipients of the text messages were escorts and that he attained their phone numbers from an escort website.

Mr. McFerren does have an approved desktop computer that is being monitored by the Probation Office via computer monitoring software. Mr. McFerren stated that he was aware that his computer was being monitored so he used a Nintendo Switch, a video gaming console, to access the internet and retrieve the phone numbers. He also admitted to retrieving the photograph of the minor female from a Google image search via the Nintendo Switch.

The Probation Office was aware of the video gaming console, however, was not aware of its ability to access an internet browser. Mr. McFerren stated he discovered how to access the internet browser via the video gaming console and did not alert the Probation Office.

As a result, Mr. McFerren's cell phone and Nintendo Switch were seized for a forensic inspection – which remains pending.

U.S. Probation Officer Action:

The undersigned discussed the non-compliance described above with Mr. McFerren's sex offender specific treatment provider. Mr. McFerren's continued sexually deviant behaviors will be addressed by the clinician in both group and individual settings. If there is any treatment non-compliance, the Court will be notified immediately.

Mr. Mcferren has also been scheduled for a polygraph and report to directly address his behaviors that involve unmonitored devices, his communication with escorts, and any contact with minors.

The Probation Office respectfully recommends the Court order that Mr. McFerren not be permitted to use the seized Nintendo Switch, the previously seized unmonitored desktop computer (as reported in the *Report on Individual Under Supervision* submitted on November 8, 2024, and endorsed by the Court on November 12, 2024), as well as any other unmonitored internet capable devices pursuant to the special condition for Computer Denial.

                                                           Respectfully submitted,

                                                           SUSAN M. SMALLEY, Chief
                                                           U.S. Probation Officer

                                        By:   MATTHEW J. WEBER
                                                Senior U.S. Probation Officer

/ mjw

APPROVED:

Prob 12A – page 3
Zackary McFerren

_[signature]_       1/17/25

ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Mr. McFerren is not permitted to use the seized Nintendo Switch, seized unmonitored desktop computer, or any other unmonitored and internet capable devices (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_[signature: Christine A. O'Hearn]_
Signature of Judicial Officer

1/21/25
Date