PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Zackary McFerren           Cr.: 16-00190-001; 20-00053-001
                                                                  PACTS #: 2223033

**Name of Judicial Officer:**   THE HONORABLE JEROME B. SIMANDLE
                                SENIOR UNITED STATES DISTRICT JUDGE
                                (Reassigned to the Hon. Christine P. O'Hearn on November 8, 2024)

**Original Offense:**  16-00190-001:
Count One: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); a Class C felony
Count Two: Transferring Obscene Material to a Minor; 18 U.S.C. § 1470; a Class C felony

20-00053-001:
Count One: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony
Count Two: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony

**Date of Original Sentence:** 16-00190-001: 10/17/2016; 20-00053-001: 04/23/2021

**Original Sentence:** 16-00190-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 5 years supervised release (on Counts One and Two, to run concurrently); 20-00053-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 3 years supervised release (on Counts One and Two, to run concurrently)

**Violation of Supervised Release:** 16-00190-001: Heard on 04/23/2021, resentenced to 24 months imprisonment (on each count to run concurrently with each other and consecutively to the 33 month sentence imposed on Crim. No.: 20-53), 10 years supervised release (10 years on Count One and 3 years on Count two, to run concurrently)

**Special Conditions:** Special Assessment, Alcohol/Drug Testing and Treatment, Denial of Computer, Computer Monitoring, Financial Disclosure, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Polygraph Examination, Consent to Search, Life Skills/Education, Sex Offender Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/24/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On March 19, 2025, Mr. McFerren submitted to a sexual history polygraph examination. According to the examiner, when questioned 'Did you deliberately withhold any deviant sexual behaviors from your sexual history questionnaire?', |


Prob 12A – page 2
Zackary McFerren

Mr. McFerren answered 'No'. According to the examiner, Mr. McFerren showed deception while answering this question.

U.S. Probation Officer Action:

Upon being advised by the examiner about the deception indicated while answering the aforementioned question, Mr. McFerren offered a post-polygraph statement admitting to not providing all of his sexually deviant behaviors of the past.

At this time, it is the Probation Office's plan to administer a follow-up polygraph examination within 30 days of this report. The Probation Office will also collaborate with Mr. McFerren's treatment provider to address the results of this, and forthcoming, examinations.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   4/3/25
ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

4/3/25
Date