PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

**Name of Individual Under Supervision:** Zackary McFerren  **Cr.:** 16-00190-001; 20-00053-001
**PACTS #:** 2223033

**Name of Judicial Officer:**  THE HONORABLE JEROME B. SIMANDLE
SENIOR UNITED STATES DISTRICT JUDGE
(Reassigned to the Hon. Christine P. O'Hearn on November 8, 2024)

**Original Offense:** 16-00190-001:
Count One: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); a Class C felony
Count Two: Transferring Obscene Material to a Minor; 18 U.S.C. § 1470; a Class C felony

20-00053-001:
Count One: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony
Count Two: Transferring Obscene Material to Minors; 18 U.S.C. § 1470; a Class C felony

**Date of Original Sentence:** 16-00190-001: 10/17/2016; 20-00053-001: 04/23/2021

**Original Sentence:** 16-00190-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 5 years supervised release (on Counts One and Two, to run concurrently); 20-00053-001: 33 months imprisonment (on Counts One and Two, to run concurrently), 3 years supervised release (on Counts One and Two, to run concurrently)

**Violation of Supervised Release:** 16-00190-001: Heard on 04/23/2021, resentenced to 24 months imprisonment (on each count to run concurrently with each other and consecutively to the 33-month sentence imposed on Crim. No.: 20-53), 10 years supervised release (10 years on Count One and 3 years on Count two, to run concurrently)

**Special Conditions:** Special Assessment, Alcohol/Drug Testing and Treatment, Denial of Computer, Computer Monitoring, Financial Disclosure, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Polygraph Examination, Consent to Search, Life Skills/Education, Sex Offender Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 08/24/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. McFerren violated the special condition of supervised release which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of** |

Prob 12A – page 2
Zackary McFerren

        alcohol, and must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'

        On July 21, 2025, Mr. McFerren submitted to a urinalysis at the Probation Office which resulted presumptive positive for amphetamine, methamphetamine, and MDMA. The specimen was packaged under specimen ID B000001936 and sent to the National Lab for confirmation.

        Mr. McFerren signed an *Admission of Drug Use Form* stating that he ingested non-prescribed Adderall. He denied all other illicit substance use.

        On August 8, 2025, the results from the National Lab concluded that the specimen was negative for all illicit substances.

2        **Mr. McFerren violated the special condition of supervised release which states 'You must submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the U.S. Probation Office, to assist in treatment, planning, and case monitoring.'**

        On July 16, 2025, Mr. McFerren submitted to a polygraph examination. According to the examiner, Mr. McFerren showed deception while asked treatment related questions.

U.S. Probation Officer Action:

*Positive Drug Screening:*
After submitting the positive drug screening, Mr. McFerren admitted to illegally purchasing Adderall from a friend. He remained adamant about not intentionally ingesting any other illicit substance. He also expressed regret in illegally obtaining Adderall and made a commitment to abstaining from all non-prescribed medication. Of note, all other drug screenings during his term of supervised release, including a subsequent examination after the positive screening described in Violation #1, have tested negative.

*Polygraph:*
The results of the polygraph examination were shared with Mr. McFerren's sex offender specific treatment provider. It is the determination of the provider that the issues presented in the failed polygraph examination can be processed in a clinical setting, specifically in individual and group treatment sessions.

In response to the discussed non-compliance, Mr. McFerren will be subjected to increased reporting and drug testing. If there is continued illicit substance use, he will be referred for a substance abuse assessment. The undersigned will also continue to collaborate with Mr. McFerren's sex offender treatment provider to address the results of the polygraph examination.

The Probation Office respectfully recommends that this document serve as an *Official Reprimand of the Court* and for no other court action to be taken at this time. If any continued non-compliance is to occur, the Court will be promptly notified.

Prob 12A – page 3
Zackary McFerren

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____     8/12/25
ANTHONY M. STEVENS                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow this this document to serve as an *Official Reprimand of the Court* (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/13/25
Date